**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WILMINGTON DE 19801

| | | |
|---|---|---|
| Postage | $ .63 | |
| Certified Fee | 2.40 | 0501 19 Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ 4.88 | 02/27/2006 |

Sent To: Loren Meyers
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801

PS Form 3800, June 2002        See Reverse for Instructions

7021 2620 0003 0302 2000 7
(tracking number along side)

06cv58

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ .63 | |
| Certified Fee | 2.40 | Postmark FEB 27 2006 WILMINGTON DE |
| Return Reciept Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 4.88 | |

Sent To: Warden Tom Carroll
Delaware Correctional Center
1181 Paddock RD.
Smyrna, DE 19977

PS Form 3800, June 2002        See Reverse for Instructions

FILED
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 FEB 27 PM 3:23