United States District Court
For the District of Delaware



Scanned
FILED
MAR - 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-58 KAJ

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Warden Tom Carroll
   Delaware Correctional Center
   1181 Paddock RD.
   Smyrna, DE 19977

2. Article Number (Transfer from service label): 7002 2030 0003 0326 7614

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-P-4081

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Beatrice Oney    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Beatrice Oney
C. Date of Delivery: 2/28/06

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes