United States District Court
For the District of Delaware



Scanned
FILED
MAR -3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE   RG

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06 cv 58 KAJ

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Kolly Voa Sto | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Loren Meyers<br>Deputy Attorney General<br>Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number (Transfer from service label) | 7002 2030 0003 0326 7621 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 2ACPRI-03-P-4081 |