IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMAS J. CAPANO, | : | |
| Petitioner, | : | |
| v. | : | Civ. Act. No. 06-58-KAJ |
| THOMAS L. CARROLL, Warden, and **CARL C. DANBERG**, Attorney General for the State of Delaware, | : | |
| Respondents. | : | |

**ORDER**

This 10th day of August, 2006,

WHEREAS, respondents having requested an extension of time in which to file certified copies of the state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that the certified state court records shall be filed on or before September 1, 2006.

_____
United States District Judge