### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **THOMAS J. CAPANO**, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 06-58-KAJ |
| **THOMAS L. CARROLL**, Warden, and **CARL C. DANBERG**, Attorney General for the State of Delaware, | : |
| Respondents. | : |

### NOTICE OF FILING OF STATE COURT RECORDS

1. Notice is hereby given that certified copies of the following of the Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Appellant's Appendix to the Opening Brief (Nos. 110 & 149, 1999)

    b. Appellant's Amended Opening Brief & Supplemental Appendix (Nos. 110 & 149, 1999)

    c. State's Answering Brief & Appendix (Nos. 110 & 149, 1999)

    d. Appellant's Opening Supplemental Memorandum (Nos. 110 & 149, 1999)

    e. State's Answering Supplemental Memorandum (Nos. 110 & 149, 1999)

    f. Appellant's Supplemental Reply Memorandum (Nos. 110 & 149, 1999)

    g. Appellant's Opening Brief & Appendix (No. 131, 2005)

    h.  State's Answering Brief & Appendix (No. 131, 2005).

        /s/ Loren C. Meyers
        Chief of Appeals Division
        Del. Bar ID 2210
        loren.meyers@state.de.us

        /s/ Elizabeth R. McFarlan
        Deputy Attorney General
        Del. Bar. ID No. 3759
        elizabeth.mcfarlan@state.de.us

        Department of Justice
        820 N. French Street
        Wilmington, DE 19801
        (302) 577-8500

August 30, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that on August 30, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also hereby certify that on August 30, 2006, I have mailed by United States Service, one copy of the documents referenced therein to:

    Joseph M. Bernstein, Esq.
    Suite 302
    800 N. King Street
    Wilmington, DE 19801

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us