**JOSEPH M. BERNSTEIN**
ATTORNEY-AT-LAW

800 N. KING STREET - SUITE 302
WILMINGTON, DE 19801
302-656-9850
FAX 302-656-9836

E-MAIL: JMBERN001@COMCAST.NET

December 12, 2006

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

                **Re: Capano v. Carroll, et al. C.A. 06-58 KAJ**

Dear Judge Jordan:

      In light of Ms. McFarlan's letter to the Court dated December 12, 2006, I am enclosing a proposed Scheduling Order.

                                                                  Respectfully yours,

                                                                  /s/ Joseph M. Bernstein

cc: Elizabeth R. McFarlan, Esquire (By Hand Delivery)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **THOMAS J. CAPANO,**     Petitioner, | :<br>:<br>: |
| v. | : Civil Action No. 06-58 KAJ<br>: |
| **THOMAS CARROLL**, Warden, *et al.,*     Respondent. | :<br>: |

## SCHEDULING ORDER

AND NOW, this _____ day of December 2006, IT IS ORDERED as follows:

1. Petitioner shall file an Opening Brief and Appendix in support of the claims raised in the Habeas Corpus Petition on or before January 31, 2007.

2. The Respondents may file, but shall not be required to file, an Answering Brief. If the Respondents elect to file an Answering Brief, such Brief shall be filed on or before March 26, 2007.

3. If an Answering Brief is filed by Respondents, the Petitioner may file a Reply Brief on or before April 9, 2007.

4. Oral argument may be scheduled at the discretion of the Court.

_____
Kent A. Jordan,  District Judge