**JOSEPH M. BERNSTEIN**
ATTORNEY-AT-LAW

800 N. KING STREET - SUITE 302
WILMINGTON, DE 19801
302-656-9850
FAX 302-656-9836

E-MAIL: JMBERN001@COMCAST.NET

December 12, 2006

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

      **Re: Capano v. Carroll, et al. C.A. 06-58 KAJ**

Dear Judge Jordan:

  In light of Ms. McFarlan's letter to the Court dated December 12, 2006, I am enclosing a proposed Scheduling Order.

            Respectfully yours,

            /s/ Joseph M. Bernstein

cc: Elizabeth R. McFarlan, Esquire (By Hand Delivery)