IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS J. CAPANO,<br>    Petitioner,<br><br>    v.<br><br>THOMAS CARROLL, Warden, *et al.*,<br>    Respondent. | :<br>:<br>:<br>: Civil Action No. 06-58 KAJ<br>:<br>:<br>: |

### SCHEDULING ORDER

AND NOW, this 13th day of December 2006, IT IS ORDERED as follows:

1. Petitioner shall file an Opening Brief and Appendix in support of the claims raised in the Habeas Corpus Petition on or before January 31, 2007.

2. The Respondents may file, but shall not be required to file, an Answering Brief. If the Respondents elect to file an Answering Brief, such Brief shall be filed on or before March 26, 2007.

3. If an Answering Brief is filed by Respondents, the Petitioner may file a Reply Brief on or before April 9, 2007.

4. Oral argument may be scheduled at the discretion of the Court.

                                                           /s/ Kent A. Jordan
                                                           Kent A. Jordan, District Judge