IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS J. CAPANO,<br>Petitioner,<br><br>v.<br><br>THOMAS CARROLL, Warden, *et al.*,<br>Respondent. | :<br>:<br>:<br>:<br>: Civil Action No. 06-58 ***<br>:<br>:<br>: |

AMENDED SCHEDULING ORDER

AND NOW, this 24TH day of January, 2007, IT IS ORDERED as follows:

1. Petitioner shall file an Opening Brief and Appendix in support of the claims raised in the Habeas Corpus Petition on or before February 20, 2007.

2. The Respondents may file, but shall not be required to file, an Answering Brief. If the Respondents elect to file an Answering Brief, such Brief shall be filed on or before April 16, 2007.

3. If an Answering Brief is filed by Respondents, the Petitioner may file a Reply Brief on or before April 30, 2007.

4. Oral argument may be scheduled at the ~~discre~~tion of the Court.

*[signature]*

FILED

JAN 24 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE