IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

THOMAS J. CAPANO,
   Petitioner,

v.     : Civil Action No. 06-58 ***

THOMAS CARROLL, Warden, *et al.*,
   Respondent.

### ORDER

AND NOW, this __13__ day of February, 2007, IT IS ORDERED that Petitioner is hereby granted leave to file an Opening Brief not to exceed __65__ pages, exclusive of tables of contents and citations.

*[signature]*