IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS J. CAPANO, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 06-58-*** |
| THOMAS L. CARROLL, Warden, and JOSEPH R. BIDEN, III, Attorney General for the State of Delaware, | : |
| Respondents. | : |

### ORDER

This **10** day of **April**, 2007,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answering brief shall be filed on or before June 8, 2007.

United States ~~District~~ Judge
Magistrate