IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **THOMAS J. CAPANO**, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 06-58-*** |
| **THOMAS L. CARROLL**, Warden, and **JOSEPH R. BIDEN, III**, Attorney General for the State of Delaware, | : |
| Respondents. | : |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answering brief. In support thereof, respondents state the following:

1.  The petitioner, Thomas J. Capano, has applied for federal habeas relief, challenging his 1999 conviction by a Delaware Superior Court jury for first degree murder. D.I. 1. By the terms of the Court's order of June 25, 2007, an answering brief is due to be filed on July 13, 2007.

2.  Counsel for respondents have been, and continue to be, diligently working on numerous cases before this Court and the state courts. Most recently, counsel have been actively involved in the ongoing *Jackson v. Danberg* litigation in this Court. Counsel are also currently working on several first degree murder cases in state court, one of which required conducting oral argument in the state supreme court earlier this week. Further, the secretary for the Appeals Division has been out of the office for most of the last two weeks. Counsel are doing their best to prioritize cases, but will need additional time to complete the answering brief.

3.  Under Habeas Rule 4, the Court has the discretion to give respondents an extension of

time exceeding the 40-day limit in Civil Rule 81(a)(2).  *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985).  The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondents' workload" in determining the period of time that should be allowed to answer the petition.

4. This is respondents' fourth request for an extension of time to file an answering brief.

5. Respondents submit that an extension of time to and including July 27, 2007 in which to file an answer is reasonable.  Respondents submit herewith a proposed order.

/s/ Loren C. Meyers
Chief of Appeals Division
Del. Bar. ID No. 2210

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Del. Bar. ID No. 3759

Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500

DATE: July 13, 2007

## RULE 7.1.1 CERTIFICATION

    I hereby certify that counsel for the petitioner, Joseph M. Bernstein, Esquire, has been contacted and he has no position as to the subject matter of this motion.

<u>/s/ Elizabeth R. McFarlan</u>
Deputy Attorney General

Counsel for Respondents

Date:  July 13, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **THOMAS J. CAPANO**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | :  Civ. Act. No. 06-58-*** |
| | : |
| **THOMAS L. CARROLL**, | : |
| Warden, and **JOSEPH R. BIDEN, III**, | : |
| Attorney General for the State of Delaware, | : |
| | : |
| Respondents. | : |

### ORDER

This _____ day of _____, 2007,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answering brief shall be filed on or before July 27, 2007.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2007, I electronically filed a motion for extension of time with the Clerk of Court using CM/ECF which will send notification of such filing to:

Joseph M. Bernstein, Esq.
800 North King Street, Suite 302
Wilmington, DE 19801

<u>/s/ Elizabeth R. McFarlan</u>
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us