# CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2007, I electronically filed the foregoing Motion to Recuse Assigned Judge with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

    Elizabeth R. Mcfarlan, Esquire
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801

                                              */ s/ Joseph M. Bernstein*
                                              JOSEPH M. BERNSTEIN (Bar #780)
                                              800 N. King Street - Suite 302
                                              Wilmington, DE 19801
                                              302-656-9850
                                              E-mail: jmbernstein@embarqmail.com