UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

ANTHONY J. SCIRICA
CHIEF JUDGE

22614 UNITED STATES COURTHOUSE
SIXTH AND MARKET STREETS
PHILADELPHIA, PENNSYLVANIA 19106
(215) 597-2399
FAX (215) 597-7373
ascirica@ca3.uscourts.gov

November 26, 2007
(via e-mail)

Honorable Harvey Bartle III
Chief Judge
United States District Court
   for the Eastern District of Pennsylvania
16614 United States Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106-1797

      Re:   *Thomas J. Capano v. Warden Thomas J. Carroll, et al.*
             D.Del. Civil Action No. 06-cv-0058

Dear Harvey:

      Thank you for accepting the designation in the above-referenced action. By copy of this letter I ask that the Clerk of Court for the District of Delaware docket the enclosed designation order.

                            Sincerely,

                            /s/ Anthony J. Scirica

AJS:sss
Enclosure

cc:    Honorable Gregory M. Sleet
       Peter T. Dalleo, Clerk of Court
       Toby D. Slawsky, Circuit Executive

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMAS J. CAPANO

v.

WARDEN THOMAS J. CARROLL, et al.

Civil Action No. 06-cv-0058

**DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT**

Pursuant to the provisions of 28 U.S.C. § 292(b), and after satisfying myself that it is in the public interest to do so, I do hereby designate and assign the Honorable Harvey Bartle III of the Eastern District of Pennsylvania for such a period as is necessary for the disposition of the above-entitled matter.

/s/ Anthony J. Scirica
Anthony J. Scirica, Chief Judge
United States Court of Appeals
for the Third Circuit