OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 29, 2007

TO: United States District Court
ATTN: Joseph Hartnet,
Assistant Administrative Services Manager
U.S. Courthouse
601 Market Street, Room 2610
Philadelphia, PA 19106-1797

RE: **TRANSFER OF DOCUMENTS, CA 06-58 JHB**

Pursuant to the *Designation of District Judge for Service in Another District within the Circuit* filed in subject civil action on 11/26/07, D.I. #41, we are enclosing a copy of the docket sheet, and the State Court Records, D.I. #16. The Steno Notes filed on 2/24/06, D.I. #3 will be retained here in Delaware. The remainder of the case documents are available thru CM/ECF PACER.

Please contact Brian Blackwell at (302) 573-6136 regarding any docketing matters.

In the event that any of your staff members would like a login and password for viewing rights to this case, please let us know.

Please acknowledge receipt of D.I. #16 in the space below, and return a copy to our Clerk's Office.

Sincerely,

/rbe

RONALD B. EBERHARD
Intake Supervisor/
Records Manager

cc: Brian Blackwell

-----------------------------------------------------------------

TO: Clerk, U.S. District Court, District of Delaware

We received D.I. #16 on _Friday, 11/30/07_.

BY: _Joseph Hartnett_

11/30/07 - hand delivered to law clk in Judge Bartle's chambers (2 large folders)