```
         IN THE UNITED STATES DISTRICT COURT
            DISTRICT OF DELAWARE (Wilmington)
```

<u>Petitioner</u>                           :   CIVIL ACTION
THOMAS J. CAPANO
                                      :

       vs.                            :

                                      :
<u>Respondent</u>
Warden Thomas J. Carroll et al. :   NO.   06-58


**NOTICE**

    Please be advised that a HEARING in the above-captioned case will be held on **MARCH 18, 2008** at 10:00 A.M. before the **Honorable Harvey Bartle, III** in Courtroom (to be assigned), U.S. District Courthouse, 844 North King Street, Wilmington, Delaware.

    Failure to comply with this directive may result in the imposition of sanctions.

    The hearing will be continued to another date only in exceptional cases.

                                          Very truly yours,


                                          Katherine M. Gallagher
                                          Deputy Clerk to Chief Judge Bartle


cc: Joseph M. Bernstein, Esquire
    Elizabeth Roberts McFarlan, Esquire

2/14/08

Civ 4 (8/80)