**JOSEPH M. BERNSTEIN**
ATTORNEY-AT-LAW

800 N. KING STREET - SUITE 302
WILMINGTON, DE 19801
302-656-9850
FAX 302-656-9836

E-MAIL: JMBERNSTEIN@EMBARQMAIL.COM

February 22, 2008

**Via CM/ECF**

The Honorable Harvey Bartle III
United States District Court
  For the Eastern District of Pennsylvania
16614 United States Courthouse
601 Market Street
Philadelphia, PA 19106

        **Re: Capano v. Carroll, et al. C.A. 06-58 JHB**

Dear Judge Bartle:

     I am writing to advise the Court that the Petitioner may rely on the recent decision of the Delaware Supreme Court in *Wright v. State*, 2008 Del. LEXIS 61 (Del., February 7, 2008) with respect to the *Beck v. Alabama* issue raised in the Briefs.

                                               Respectfully yours,

                                               */s/ Joseph M. Bernstein*

cc: Elizabeth R. McFarlan, Esquire (By CM/ECF)